342 U. S. 48; *Jones* v. *United States,* 362 U. S. 257. Argument is at least warranted on this point.

For the reasons stated I would grant certiorari in this case.

No. 682.   PASSINI v. UNITED STATES, 385 U. S. 1024;

No. 701.   COLE ET AL. v. UNITED STATES, 385 U. S. 1027;

No. 975, Misc.   DeMARO v. UNITED STATES, 385 U. S. 1032; and

No. 749, Misc.   WILLIAMS v. UNITED STATES, 385 U. S. 1042.   Petitions for rehearing denied.

No. 32.   HOFFA v. UNITED STATES;

No. 33.   PARKS v. UNITED STATES;

No. 34.   CAMPBELL v. UNITED STATES; and

No. 35.   KING v. UNITED STATES, 385 U. S. 293; *ante,* p. 940.   Motion of Criminal Courts Bar Association of Los Angeles County for leave to file a brief in No. 32, as *amicus curiae,* in support of petition for rehearing granted.   Petition for rehearing in all four cases denied. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion or this petition.

MARCH 10, 1967.

No. ——.   KITZER ET AL. v. DEVITT, U. S. DISTRICT JUDGE.   D. C. Minn.   Application for a stay of the trial of *United States* v. *Kitzer* in the United States District Court for the District of North Dakota, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.   *Myer H. Gladstone* for applicants.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States in opposition.